### In re TEMPOROMANDIBULAR JOINT (TMJ) IMPLANTS PRODUCTS LIABILITY LITIGATION.

#### No. 1001.

Judicial Panel on Multidistrict Litigation.

Dec. 1, 1994.

*(See Attached Schedule of Actions)*

#### CONDITIONAL TRANSFER ORDER (CTO–5)

On February 25, 1994, the Panel transferred 29 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, more than 145 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A. Magnuson.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 12 of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation,* 147 F.R.D. 589, 596, the actions listed on the attached schedule are hereby transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 25, 1994, 844 F.Supp. 1553, and, with the consent of that court, assigned to the Honorable Paul A. Magnuson.

This order does not become effective until it is filed in the office of the Clerk of the

United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

SCHEDULE CTO—5—TAG ALONG CASES

DOCKET NO. 1001

IN RE TEMPOROMANDIBULAR JOINT (TMJ) IMPLANTS PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV | | CIVIL ACTION # | |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 94–2108 | Wilson v. Dow Corning Corp. |
| KANSAS | | | |
| KS | 6 | 94–1212 | Gilstrap v. Dow Corning Corp., et al. |
| NEBRASKA | | | |
| NE | 4 | 94–3331 | Bjornsen v. Dow Corning Corp., et al. |
| PENNSYLVANIA MIDDLE | | | |
| PAM | 3 | 94–1773 | Reese v. Dow Corning Corp. |